UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,              :
                                        :
          Plaintiff,                    :
                                        :
v.                                      :     CASE NO. 8:04-cr-457-T-30EAJ
                                        :
JESUS DIAZ,                             :
                                        :
          Defendant.                    :
_____ :

## AMENDED FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Entry of a Forfeiture Money Judgment, which, at sentencing, shall be a final order of forfeiture as to funds in the amount of $ _240,000.00_ In United States currency, for which defendant Jesus Diaz is jointly and severally liable to the United States, along with all other defendants found guilty of the heroin trafficking conspiracy charged in Count One of the Second Superseding Indictment filed in the instant case. For good cause shown, the Government's motion is GRANTED. The court hereby finds that $ _240,000.00_ in United States currency is the amount of funds obtained by the defendants as a result of the conspiracy charged in Count One of the Second Superseding Indictment in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. §§ 841(b)(1)(A)(i) and 846, for which defendant has been found guilty. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that defendant Jesus Diaz is jointly and severally liable with all other defendants found guilty of the heroin trafficking conspiracy charged in Count One of the Second Superseding Indictment, pursuant to the

provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), for a forfeiture money

judgment in the amount of $ _240,000 .00_____ in United States currency,

which represents the like amount of proceeds the defendant and others obtained as a

result of the conspiracy to commit violations of 21 U.S.C. § 841(a)(1), all in violation of

21 U.S.C. §§ 841(b)(1)(A)(i) and 846.

   **DONE** and **ORDERED** in Chambers in Tampa, Florida, this __12__ day of

_____, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


Copies to:

Adelaide G. Few, AUSA
All Attorneys of Record